38124. MOORE v. WILKES.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

DECIDED NOVEMBER 25, 1981 —
REHEARING DENIED DECEMBER 15, 1981.

*L. Z. Dozier,* for appellant.
*Willis B. Sparks III, District Attorney,* for appellee.